# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ANC RENTAL CORPORATION, *et al.*, | ) Case No. 01-11200 (MFW) |
| Debtor. | ) (Jointly Administered) |
| Alamo Rent A Car LLC, National Car Rental Systems, Inc. and ANC Rental Corporation, | ) |
| Plaintiff, | ) Adv. Proc. No. 03-57852 |
| v. | ) |
| BRIXTON AUTO BODY & PAINT, | ) |
| Defendant. | ) |

CV 08 80106MISC SI

*FILED 08 MAY -9 PM 2:12*

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on April 3, 2006 as it appears in the records of this court, and that:

X   No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐   No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐   An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)                                              (date)

☐   An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

**DAVID D. BIRD**
Clerk of the Bankruptcy Court

3/17/08
Date

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 01-11200 (MFW) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) Adv. Pro. No. 03-57852 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| ANC RENTAL CORPORATION, *et al.*, | |
| Debtors. | |
| Alamo Rent A Car LLC, National Car Rental Systems, Inc. and ANC Rental Corporation, | |
| Plaintiff, | |
| v. | |
| BRIXTON AUTO BODY & PAINT, | |
| Defendant. | |

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT

BY: _____ Deputy Clerk 3/17/06

### JUDGMENT BY DEFAULT AGAINST BRIXTON AUTO BODY & PAINT

Default was entered against defendant, BRIXTON AUTO BODY & PAINT, on 3/15/2006. The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating that the defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against the defendant in favor of the plaintiff in the amount of $45,518.70 plus costs of $150.00, plus post judgment interest pursuant to 28 U.S.C. § 1961.

April 3, 2006
Date

/s/ David D. Bird
(Clerk of the Bankruptcy Court)

#14